UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAURO GALINDO and ABRAHAM CORDERO, on behalf of themselves and all others similarly situated,

      Plaintiffs,

-against-

INWOOD RESTAURANT CORP dba LA NUEVA ESPANA, 606 RESTAURANT CORP., and FRANCO JIMENEZ, individually,

      Defendants.

24-CV-2411 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

  In light of the fact that Defendants have not answered or otherwise made an appearance in this action, the initial pretrial conference scheduled for July 15, 2024 is adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **July 12, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: June 24, 2024
   New York, New York

              SO ORDERED.

              *Jessica Clarke*
              _____
              JESSICA G. L. CLARKE
              United States District Judge